CARL ARMBRUSTER, Respondent, *v.* THE AUBURN GAS LIGHT COMPANY, Appellant.

*Armbruster* v. *Auburn Gas Light Co.*, 18 App. Div. 447, affirmed.
(Argued March 12, 1900; decided May 1, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 11, 1897, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*John Van Sickle* for appellant.

*E. C. Aiken* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.